**Order entered June 10, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00246-CV

### DAVID B. MCKINNON, NORTH PONDERSOA, LLC, BARBARA MARSHALL, LP, WILLIAM H. GIBSON, D. SCOTT MCKINNON, BARBARA F. MARSHALL, MARCIA STALLINGS AND DONALD CARDWELL, Appellants

### V.

### BILL GURLEY AND STANLEY WRIGHT, Appellees

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-13561**

## ORDER

We **REINSTATE** this appeal.

In an order dated May 26, 2016, we abated this appeal to allow the trial court an opportunity to sign amended findings of fact and conclusions of law. A supplemental clerk's record was filed on June 7, 2016 containing the trial court's amended findings of fact and conclusions of law.

Appellants' briefs are due July 15, 2016.

/s/     ELIZABETH LANG-MIERS
JUSTICE